**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 13-cv-00861-REB-BNB

ALEJANDRO RAMIREZ,
ABLE FORTANEL,
JOSE JESUS IBARRA,
ALBERTO URSUA,
LESLIE LOPEZ, and
CLAUDIA URSUA, on their own behalf and on behalf of all others similarly situated,

    Plaintiffs,

v.

EL TAPATIO, INC.,
EL TAPATIO ARAPAHOE, INC.,
EL TAPATIO MISSISSIPPI, INC.,
RODRIGO PADILLA, SR.,
ESTELIA PADILLA, and
AGLAHE PADILLA,

    Defendants.

## MINUTE ORDER[1]

The matter is before the court on the defendants' **Motion For Stay on Plaintiffs' Motion For Conditional Certification as a Collective Action and For Court-Authorized Notice** [#27] filed June 6, 2013.[2] The motion is **GRANTED**. Defendants shall file have until **July 29, 2013**, in which to file their response to the **Plaintiffs' Motion For Conditional Certification as a Collective Action and For Court-Authorized Notice** [#19].

Dated: June 6, 2013

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] Henceforth counsel shall comply with the practice standards of this court, including REB Civ. Practice Standard II.G.2, which is adversely implicated by the filing of the motion for stay.