IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00861-REB-BNB

ALEJANDRO RAMIREZ,
ABEL FORTANEL,
JOSE JESUS IBARRA,
ALBERTO URSUA,
LESLIE LOPEZ, and
CLAUDIA URSUA, on their own behalf and on behalf of all those similarly situated,

Plaintiffs,

v.

EL TAPATIO, INC.,
EL TAPATIO ARAPAHOE, INC.,
EL TAPATIO MISSISSIPPI, INC.,
RODRIGO PADILLA, SR.,
ESTELIA PADILLA, and
AGLAHE PADILLA,

Defendants.

_____

### MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      Good cause having been shown, IT IS ORDERED:

      (1)    The **Joint Motion to Stay Proceedings Pending Alternative Dispute Resolution** [Doc. # 35, filed 8/1/2013] is GRANTED;

      (2)    This action is STAYED to and including November 1, 2013; and

      (3)    A scheduling conference is set for November 12, 2013, at 8:30 a.m., in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. The parties shall prepare a proposed scheduling order and submit it to the court on or before November 5, 2013.

DATED: August 19, 2013