IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 13-cv-00861-REB-BNB

ALEJANDRO RAMIREZ,
ABEL FORTANEL,
JOSE JESUS IBARRA,
ALBERTO URSUA,
LESLIE LOPEZ, and
CLAUDIA URSUA, on their own behalf and on behalf of all those similarly situated,

Plaintiffs,

v.

EL TAPATIO, INC.,
EL TAPATIO ARAPAHOE, INC.,
EL TAPATIO MISSISSIPPI, INC.,
RODRIGO PADILLA, SR.,
ESTELIA PADILLA, and
AGLAHE PADILLA,

Defendants.
_____

**ORDER**
_____

On the strength of the parties' representation that they have "reached agreement as to term of settlement," Status Report [Doc. # 44],

IT IS ORDERED that on or before November 14, 2014, the parties shall file a Joint Motion for Approval of the Settlement Agreement.

IT IS FURTHER ORDERED that the Scheduling/Planning Conference set for November 12, 2013, and the requirement to submit a proposed Scheduling Order, are VACATED.

Dated October 31, 2013.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge