**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Civil Action No. 13-cv-00861-REB-BNB

ALEJANDRO RAMIREZ,
ABLE FORTANEL,
JOSE JESUS IBARRA,
ALBERTO URSUA,
LESLIE LOPEZ, and
CLAUDIA URSUA, on their own behalf and on behalf of all others similarly situated,

      Plaintiffs,

v.

EL TAPATIO, INC.,
EL TAPATIO ARAPAHOE, INC.,
EL TAPATIO MISSISSIPPI, INC.,
RODRIGO PADILLA, SR.,
ESTELIA PADILLA, and
AGLAHE PADILLA,

      Defendants.

---

**ORDER GRANTING JOINT MOTION FOR**
**PRELIMINARY APPROVAL OF PROPOSED COLLECTIVE**
**AND FED. R. CIV. P. 23(e) CLASS ACTION SETTLEMENT**

---

**Blackburn, J.**

    This matter is before the court on the parties' **Joint Motion for Preliminary**

**Approval of Proposed 29 U.S.C. § 216(b) Collective and Fed. R. Civ. P. 23(e) Class**

**Action Settlement** [#50],[1] filed November 27, 2013.  Having considered the Settlement

and Release Agreement (*see* [#50], Exh. 1) ("Settlement Agreement") reached between

the proposed Settlement Class representative plaintiffs, individually and on behalf of the

---

[1]  "[#50]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this order.

proposed Settlement Class, and defendants, and being otherwise fully advised in the premises, I grant the motion and enter appropriate findings, conclusions, and orders.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the parties' **Joint Motion for Preliminary Approval of Proposed 29 U.S.C. § 216(b) Collective and Fed. R. Civ. P. 23(e) Class Action Settlement** [#50], filed November 27, 2013, is **GRANTED**;

2.  That the Settlement Agreement is incorporated by reference as if fully set forth herein, and the definitions used in the Settlement Agreement are adopted for use herein;

3.  That my ruling is based on federal common and statutory law, including 29 U.S.C. § 216(b) and the Federal Rules of Civil Procedure, as well as federal and other authority, including the Federal Judicial Center's **MANUAL FOR COMPLEX LITIGATION** (4th ed. 2004) and **ANNOTATED MANUAL FOR COMPLEX LITIGATION - FOURTH** (2005);

4.  That the proposed Settlement Agreement is ostensibly fair and reasonable and therefore is approved preliminarily;

5.  That based on plaintiffs' counsels' submissions of the 37 putative plaintiffs' written consents to join the collective action, and the parties' stipulation for purposes of certification, the court certifies the 37 opt-in parties as party-plaintiffs, pursuant to 29 U.S.C. § 5216(b) (hereinafter "FLSA Collective Class");

6.  That based on the parties' representations contained in the Joint Motion, the court certifies preliminarily a settlement class for claims brought pursuant

to Fed. R. Civ. P. 23(e) (hereinafter "Rule 23 Class");

7. That based on the parties' representations contained in the Joint

Motion, and pursuant to Fed. R. Civ. P. 23(e), the court approves preliminarily Brandt

Milstein, Esq., and Andrew Turner, Esq., as class counsel for the Rule 23 Class;

8. That pursuant to Fed. R. Civ. P.23, the court approves preliminarily Alejandro

Ramirez, Abel Fortanel, Jose Jesus Ibarra, Alberto Ursua, Leslie Lopez, and Claudia

Urusa as the class representatives for the Rule 23 Class,;

9. That the court approves preliminarily the following class of individuals

to constitute the Rule 23 Class:

> All individuals employed as hourly employees in any El
> Tapatio Restaurant between April 3, 2011, and April 3, 2013,
> other than those individuals who opted in to the Action prior
> to October 22, 2013;

10. That the court approves the appointment of Class Action Administration,

Inc., to serve as the settlement administrator ("Settlement Administrator");

11. That the court approves the form and content of the proposed Notice and

Claim Forms, attached as Exhibits 4 and 5, respectively, to the parties' **Joint Motion for**

**Preliminary Approval of Proposed 29 U.S.C. §216(b) Collective and Fed. R. Civ. P.**

**23(e) Class Action Settlement** [#50], filed November 27, 2013;

12. That the Settlement Administrator shall mail the Notice and Claim Form, in

English and Spanish, and by first-class mail, to each class member by **Monday,**

**February 24, 2014**;

13. That the mailing of the Class Notice shall commence the beginning of a

**sixty (60) day** Class Notice period;

3

14.   That the Settlement Administrator shall place an advertisement, in English and Spanish, in the legal notices section of *El Semanario*, the Denver-area Spanish language newspaper, consisting of the Class Notice, at the commencement of the Class Notice period, which advertisement shall run for **fourteen (14) days**;

15.   That the court finds that mailing of Notice to the class and the placement of the advertisement in the legal notices section of *El Semanario* are the only notices required and that such notice satisfies the requirements of due process and Federal Rule of Civil Procedure 23(e)(1);

16.   That a one hour fairness hearing to consider final approval of the proposed settlement shall be held on **Friday, June 13, 2014**, at **9:00 a.m.** in Courtroom 1001A, Alfred A. Arraj United States Courthouse Annex, 901 19th Street, Denver, Colorado 80294;

17.   That any Rule 23 Class member who wishes to make a claim shall mail the Claim Form to the Settlement Administrator; provided, furthermore, that to be effective, all Claim Forms must be postmarked or received by the Settlement Administrator by **Monday, April 14, 2014**;

18.   That any Rule 23 Class member who desires to be excluded from the settlement shall mail the opt-out form to the Settlement Administrator; provided, furthermore, that to be effective any opt-out must be post-marked or received by the Settlement Administrator no later than **Monday, April 14, 2014**;

19.   That any Rule 23 Class member wishing to object to the court's approval of this Settlement shall follow the procedures set forth in the Class Notice, including

filing and serving any objections on plaintiffs' counsel by **Monday, March 24, 2014**;

20. That the parties may file briefs in support of final approval of the

Settlement prior to the fairness hearing; provided, furthermore, that such briefs shall

comply with REB Civ. Practice Standard IV.B.1 and must be filed, if at all, by **Friday,**

**May 16, 2014**;

21.  That the parties may file responses to any objection filed as

part of or contemporaneous with plaintiffs' motion for final settlement approval;

22.  That the court retains jurisdiction to consider further issues arising out of

or in connection with the Settlement; and

23.  That the court shall consider **Plaintiffs' Motion for Attorneys' Fees** [#51],

filed November 27, 2013, in conjunction with its consideration of the fairness of the

settlement at the fairness hearing.

Dated February 12, 2014, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge